UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO: 00-2854 |
| SYMENTRIC L. BARZE | SECTION: "J"(3) |

### ORDER

The Court, having considered the Writ of Garnishment, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation (Rec. Doc. 35), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the United States's voluntary *Motion to Dismiss the Writ of Garnishment* **(Rec. Doc. 33)** is **GRANTED**. The Writ of Garnishment entered in this case as to St. Tammany Parish Public School System (Rec. Doc. 27) is dismissed because Defendant Symentric L. Barze has paid the debt in full.

New Orleans, Louisiana, this 15th day of October, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE